# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD WRIGHT** : | |
| : | Civil Action No. 11-2624 |
| V. : | |
| : | |
| **CARPENTERS PENSION AND ANNUITY** : | |
| **FUND OF PHILADELPHIA & VICINITY** : | |

**NORMA L. SHAPIRO, J.**                                                                                       **MARCH 4, 2013**

## ORDER

AND NOW, after consideration of plaintiff's motion for summary judgment (paper no. 8), defendant's response (paper no. 11), defendant's motion for summary judgment (paper no. 9), and plaintiff's response (paper no. 10), and following oral arguments on April 5, 2012 at which all parties were heard, it is hereby **ORDERED** that:

1. Plaintiff's motion for summary judgment is **DENIED** for the reasons stated in the attached memorandum.

2. Defendant's motion for summary judgment is **GRANTED** for the reasons stated in the attached memorandum.

/s/ Norma L. Shapiro
_____
J.